Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

CENTRAL RAILROAD OF NEW JERSEY v. FRANK WILLIAMS.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ELSA LYON v. THE STARR PIANO COMPANY.— Application granted.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

H. M. GOLDSTEIN COMPANY, INC., v. ROYAL EMBROIDERY WORKS.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

WILLIAM HOFFMAN and Others v. EMANUEL RUBIN and Others.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

MORTON L. MORTIMER v. JOHN I. D. BRISTOL — Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

In the Matter of NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY.— Motion granted, question certified.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE STRONG BOX COMPANY OF AMERICA v. NATIONAL PAPER PRODUCTS COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

WILLIAM E. LAUER and Others v. HAROLD N. RAYMOND and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

SAMUEL ERDREICH v. LEOPOLD ZIMMERMANN and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

INSURANCE COMPANY OF STATE OF PENNSYLVANIA v. THE PARK & POLLARD COMPANY and Others.— Motion granted, question certified.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

INSURANCE COMPANY OF STATE OF PENNSYLVANIA v. THE PARK & POLLARD COMPANY and Others.— Motion granted.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK v. LEWIS NIXON, Constituting the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, and Others.— Motion granted, question certified.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

EDWARD BARLEYCORN v. JAMES WOOLLEY and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

BONWIT TELLER & COMPANY v. ELIZABETH K. HOSFORD.— Application granted.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON LIEBERMAN.— Motion granted and appellant's time extended to March 16, 1920.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

In the Matter of CHARLES E. COLLIGAN, an Attorney.— Reference ordered